# EXHIBIT 1

# Certificate of Registration




This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Shira Perlmutter

United States Register of Copyrights and Director

**Registration Number**
**VA 2-433-832**

**Effective Date of Registration:**
October 31, 2024

**Registration Decision Date:**
February 24, 2025

## Title

**Title of Work:** SW16EF-1vL16EFB Evergreen Farms

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** May 01, 2018
**Nation of 1st Publication:** United States

## Author

- **Author:** Susan A Winget
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Susan A Winget
1600 Village Harbor Dr., Suite A, Lake Wylie, SC, 29710, United States

## Rights and Permissions

**Organization Name:** Courtney Davis, Inc.
**Name:** Sam Abell
**Email:** sabell@courtneydavis.com
**Address:** Hill Center at Green Hills
4015 Hillsboro Pike, Suite 207
Nashville, TN 37215 United States

## Certification

**Name:** David Denholm


CHRISTMAS
EVERGREEN FARM

# Certificate of Registration




This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Shira Perlmutter

United States Register of Copyrights and Director

**Registration Number**
**VA 2-423-745**
**Effective Date of Registration:**
October 31, 2024
**Registration Decision Date:**
November 29, 2024

## Title

**Title of Work:** Tea Time

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** October 29, 2015
**Nation of 1st Publication:** United States

## Author

- **Author:** Susan A Winget
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Susan A Winget
1600 Village Harbor Dr., Suite A, Lake Wylie, SC, 29710, United States

## Rights and Permissions

**Organization Name:** Courtney Davis, Inc.
**Name:** Sam Abell
**Email:** sabell@courtneydavis.com
**Address:** Hill Center at Green Hills
4015 Hillsboro Pike, Suite 207
Nashville, TN 37215 United States

## Certification

**Name:** David Denholm


Thankful Heart
DREAM
HOPE

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**VA 2-423-064**

**Effective Date of Registration:**
October 31, 2024
**Registration Decision Date:**
November 25, 2024

## Title

**Title of Work:** Santa Truck

## Completion/Publication

**Year of Completion:** 2013
**Date of 1st Publication:** April 14, 2014
**Nation of 1st Publication:** United States

## Author

- **Author:** Susan A Winget
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Susan A Winget
1600 Village Harbor Dr., Suite A, Lake Wylie, SC, 29710, United States

## Rights and Permissions

**Organization Name:** Courtney Davis, Inc.
**Name:** Sam Abell
**Email:** sabell@courtneydavis.com
**Address:** Hill Center at Green Hills
4015 Hillsboro Pike, Suite 207
Nashville, TN 37215 United States

## Certification

**Name:** David Denholm


CLAUS

# Certificate of Registration




This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Shira Perlmutter

United States Register of Copyrights and Director

**Registration Number**
**VA 2-423-062**
**Effective Date of Registration:**
October 31, 2024
**Registration Decision Date:**
November 25, 2024

## Title

**Title of Work:** Botanical Florals

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** May 13, 2015
**Nation of 1st Publication:** United States

## Author

- **Author:** Susan A Winget
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Susan A Winget
1600 Village Harbor Dr., Suite A, Lake Wylie, SC, 29710, United States

## Rights and Permissions

**Organization Name:** Courtney Davis, Inc.
**Name:** Sam Abell
**Email:** sabell@courtneydavis.com
**Address:** Hill Center at Green Hills
4015 Hillsboro Pike, Suite 207
Nashville, TN 37215 United States

## Certification

**Name:** David Denholm


© Susan Winget